

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00247-CV

**JANETH R. REYES, ARLIS N. CASTELLANOS REYES, AND
MASTER PRO EMERGENCY FLOOD RESPONSE, INC.,**

                                                    **Appellants**

 **v.**

**RAINBOW INTERNATIONAL LLC AND
RAINBOW INTERNATIONAL SPV LLC,**

                                                    **Appellees**


**From the 74th District Court
McLennan County, Texas
Trial Court No. 2022-270-3**

## MEMORANDUM OPINION

Janeth R. Reyes and Arlis N. Castellanos Reyes, acting *pro se*, filed a notice of appeal on behalf of "[t]he defendants" in this case, which includes themselves and Master Pro Emergency Flood Response, Inc. (Master Pro).

On January 10, 2024, the Clerk of this Court sent a letter to Janeth and Arlis, notifying them that the clerk's record in this cause had apparently not been filed because they had failed to pay or make arrangements to pay the clerk's fee for preparation of the

record. The letter further notified Janeth and Arlis that if they desired to proceed with this appeal, they were required to pay or make arrangements to pay the clerk's fee and notify this Court of the actions taken within twenty-one days of the date of the letter or this appeal might be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

To date, no one has paid or made arrangements to pay the clerk's fee.

On February 28, 2024, the Clerk of this Court also sent a letter to the parties, notifying them that, generally, corporations may be represented only by licensed attorneys. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). The letter further notified the parties that unless a licensed attorney filed a notice of appearance on behalf of Master Pro within ten days of the date of the letter, Master Pro would be dismissed from this appeal. *See* TEX. R. APP. P. 42.3(b).

To date, the Court has not received a notice of appearance or any other response on behalf of Master Pro.

For these reasons, this appeal is dismissed for want of prosecution. *See id.*


MATT JOHNSON
Justice


Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Dismissed
Opinion delivered and filed March 28, 2024
[CV06]

